UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAUL ROMERO-LUNA, | ) | Case No. LA CV 12-3240 SJO (JCG) |
|     Petitioner, | ) ) | **ORDER (1) ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND (2) DENYING HABEAS PETITION, CERTIFICATE OF APPEALABILITY, AND EVIDENTIARY HEARING** |
| v. | ) ) | |
| RAYMOND MADDEN, | ) ) | |
|     Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), the Magistrate Judge's Report and Recommendation ("R&R"), Petitioner's Objections to the R&R, and the remaining record, and has made a *de novo* determination.

    Petitioner's Objections reiterate the arguments made in the FAP and Traverse, and lack merit for the reasons set forth in the R&R. There are three issues, however, that warrant brief amplification here.

    First, to the extent that Petitioner cites *Schlup v. Delo*, 513 U.S. 298 (1995), to support his actual innocence claim, (*see* Objections at 9-10), he references the wrong legal standard. *Compare Schlup*, 513 U.S at 327-30 (describing standard for *gateway*

1

actual innocence claim) *with Jones v. Taylor*, 763 F.3d 1242, 1246-51 (9th Cir. 2014) (describing more demanding standard for *freestanding* actual innocence claim).

Second, the Court disagrees with Petitioner's characterization of Detective Moreno's testimony regarding the criminal history of certain participants in the photographic line-up used to identify Petitioner. (*See* Objections at 11; R&R at 11; Reporter's Transcript at 1523-26.)

Third, to the extent that Petitioner seeks to distinguish his case from cases cited by the Magistrate Judge, (*see* Objections at 4-5, 13), the Court is unpersuaded.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the R&R and above, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

Nor is Petitioner entitled to an evidentiary hearing. *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court-decision at the time it was made. It follows that the record under review is limited to the record in existence at that same time *i.e.*, the record before the state court.").

DATED: November 30, 2015.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE