JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL ROMERO-LUNA, | Case No. LA CV 12-3240 SJO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and this Court's Order (1) Accepting Report and Recommendation of United States Magistrate Judge and (2) Denying Habeas Petition, Certificate of Appealability, and Evidentiary Hearing.

DATED: November 30, 2015     _____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE